UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:   6:24-cv-00784-GAP-DCI

HOWARD COHAN,

    Plaintiff,

vs.

BASS PRO OUTDOOR WORLD, L.L.C.,
a Foreign Limited Liability Company,
d/b/a BASS PRO SHOPS,

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, BASS PRO OUTDOOR WORLD, L.L.C., a Foreign Limited Liability Company, d/b/a BASS PRO SHOPS, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED July 29, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410

By: **/s/ *Elizabeth M. Rodriguez***
Elizabeth M. Rodriguez
Florida Bar No. 821690
Ford & Harrison, LLP
1 SE Third Avenue, Suite 2130
₁Miami, Florida 33131

| | |
|---|---|
| Telephone: (561) 729-0940 | Telephone: (305) 808-2143 |
| Facsimile: (561) 491-9459 | Facsimile: (305) 808-2101 |
| Email: greg@sconzolawoffice.com | erodriguez@fordharrison.com |
| Email: perri@sconzolawoffice.com | Attorneys for Defendant |
| Attorney for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

   /s/ Gregory S. Sconzo   
**Gregory S. Sconzo, Esq.**